# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00162-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    HARLEY DAVID JOY,

        Defendant.

_____

## ORDER FOR DEFENDANT'S CHANGE OF PLEA
_____

The Court being advised of Defendant HARLEY DAVID JOY'S tentative disposition in this action and having reviewed and considered Defendant's Notice of Change of Plea hereby Orders that a Change of Plea Hearing take place the afternoon of July 6, 2007, at   2:30   p.m.

DATED at Denver, Colorado, on June 7, 2007.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock
                                          Chief United States District Judge